# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3222
_____

BETTY CAITLIN NICOLE SMITH,

Appellant,

v.

ZACHARY TAYLOR DANIEL,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Andrew J. Decker, Judge.

February 8, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Betty Caitlin Nicole Smith, pro se, Appellant.

Zachary Taylor Daniel, pro se, Appellee.